1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   MARY C. DOLLARHIDE (SB# 138441)
2  marydollarhide@paulhastings.com
   CATHERINE E. CAOUETTE (SB# 234714)
3  catherinecaouette@paulhastings.com
   3579 Valley Centre Drive
4  San Diego, CA  92130
   Telephone:  (858) 720-2500
5  Facsimile:  (858) 720-2555

6  Attorneys for Defendants
   BEVERLY NITTI, RANDSTAD HR SOLUTIONS, and
7  RANDSTAD NORTH AMERICA, LP

**FILED**

**2008 JUL 18  PM 3: 43**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____YMA_____DEPUTY

8

9                  UNITED STATES DISTRICT COURT

10        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11  MARIA LOURDES VALENCIA, an       Case No. '08 CV 1295 JLS CAB
12  individual,
                                     (San Diego County Superior Court
13            Plaintiff,             Case No. 37-2008-00081462-CU-WT-CTL)

14      vs.                          **NOTICE OF PARTIES WITH FINANCIAL
                                     INTEREST**
15  BEVERLY NITTI, an individual;
    CHRIS OLSEN, an individual;
16  RANDSTAD HR SOLUTIONS, business
    entity unknown; RANDSTAD NORTH
17  AMERICA, LP, business entity unknown;
    and DOES 1 through 50, inclusive,
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

LEGAL_US_E # 79370410.1

1        TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT

2    COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, PLAINTIFF MARIA

3    LOURDES VALENCIA AND HER ATTORNEY OF RECORD, PATRICK F. O'CONNOR,

4    AND THE LAW OFFICE OF PATRICK F. O'CONNOR:

5

6        PLEASE TAKE NOTICE THAT the undersigned, counsel of record for

7    Defendants BEVERLY NITTI, RANDSTAD HR SOLUTIONS, and RANDSTAD NORTH

8    AMERICA, LP certify that the following listed parties may have a direct, pecuniary interest in the

9    outcome of this case.  These representations are made to enable the Court to evaluate possible

10   disqualifications or recusal.

11        1.    Plaintiff Maria Lourdes Valencia.

12        2.    Defendant Beverly Nitti.

13        3.    Defendant Randstad HR Solutions.

14        4.    Defendant Randstad North America.

15   DATED: July /8 , 2008        PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                   MARY C. DOLLARHIDE
16                                 CATHERINE E. CAOUETTE

17

18                          By: _____
                                   MARY C. DOLLARHIDE
19

20                          Attorneys for Defendants
                            BEVERLY NITTI, RANDSTAD HR SOLUTIONS, and
21                          RANDSTAD NORTH AMERICA, LP

22

23

24

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA                    )
                                       ) ss:
CITY AND COUNTY OF SAN DIEGO           )

       I am employed in the City and County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 3579 Valley Centre Drive, San Diego, California 92130.

       On July 18, 2008, I served the foregoing document(s) described as:

**NOTICE OF PARTIES WITH FINANCIAL INTEREST**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐    **VIA OVERNIGHT MAIL:**

VIA UPS OVERNIGHT: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒    **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on July 18, 2008 with postage thereon fully prepaid, at San Diego, California.

☐    **BY PERSONAL SERVICE:**

I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

       Executed on July 18, 2008, at San Diego, California.

_____
Judy Johns

LEGAL_US_W # 58822385.1

PROOF OF SERVICE

1

**SERVICE LIST**

2

Patrick F. O'Connor

3    Law Offices of Patrick F. O'Connor
     5464 Grossmont Center Drive

4    Suite 300
     La Mesa, CA  91942-3035

5    Tel. (619) 463-4284
     Fax (619) 464-6471

6    Attorneys for Plaintiff
     MARIA LOURDES VALENCIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 58822385.1

PROOF OF SERVICE