PAUL, HASTINGS, JANOFSKY & WALKER LLP
MARY C. DOLLARHIDE (SB# 138441)
marydollarhide@paulhastings.com
CATHERINE E. CAOUETTE (SB# 234714)
catherinecaouette@paulhastings.com
3579 Valley Centre Drive
San Diego, CA  92130
Telephone:  (858) 720-2500
Facsimile:  (858) 720-2555

Attorneys for Defendants
BEVERLY NITTI, RANDSTAD HR SOLUTIONS, and
RANDSTAD NORTH AMERICA, LP

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOURDES VALENCIA, an individual, | Case No. 08-CV-1295 JLS (CAB) |
| Plaintiff, | |
| vs. | **DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
| BEVERLY NITTI, an individual; CHRIS OLSEN, an individual; RANDSTAD HR SOLUTIONS, business entity unknown; RANDSTAD NORTH AMERICA, LP, business entity unknown; and DOES 1 through 50, inclusive, | Courtroom:   E<br>Judge:    Hon. Cathy Ann Bencivengo |
| Defendants. | |

## ***EX PARTE* APPLICATION**

Pursuant to Local Rule 83.3(h.1), Defendant BEVERLY NITTI hereby requests that the Early Neutral Evaluation Conference ("ENE") currently scheduled for August 26, 2008 at 2:00 p.m., be continued until the week of September 8, 2008. This request is necessary because Defendant had pre-existing plans to visit her elderly parents, who have been experiencing health problems in Nebraska, commencing August 22, 2008.

Additionally, Defendants RANDSTAD HR SOLUTIONS, and RANDSTAD NORTH AMERICA, LP (collectively "Randstad Defendants") request that they be relieved of the obligation to attend the proceedings, as they are being fully indemnified in this matter by L'Oréal USA, Inc. ("L'Oréal"). A L'Oréal representative will be in attendance at the ENE, and have full authority to settle on behalf of the Randstad Defendants.

DATED: August 5, 2008                Respectfully Submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP
MARY C. DOLLARHIDE
CATHERINE E. CAOUETTE


By:           /s/Mary C. Dollarhide
                  MARY C. DOLLARHIDE

Attorneys for Defendants
BEVERLY NITTI, RANDSTAD HR SOLUTIONS, and RANDSTAD NORTH AMERICA, LP

E-mail: marydollarhide@paulhastings.com

## **DECLARATION OF MARY C. DOLLARHIDE**

I, Mary C. Dollarhide, declare and state as follows:

1.  I have personal knowledge of the facts contained in this Declaration, and if called as a witness, could and would testify as to their accuracy.

2.  I am an attorney licensed to practice and admitted before all courts of the State of California. I am a partner in the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for Defendants BEVERLY NITTI, RANDSTAD HR SOLUTIONS, and RANDSTAD NORTH AMERICA, LP ("Defendants") in this action.

3.  I submit this declaration in support of Defendants' *Ex Parte* Application to Continue Early Neutral Evaluation Conference.

4.  I am informed and believe that Defendant BEVERLY NITTI will not be available to attend the ENE currently scheduled for August 26, 2008 due to pre-existing travel plans to visit her elderly parents, who have been experiencing health problems in Nebraska.

5.  I notified Plaintiff's counsel, Patrick F. O'Connor, Esq., of this *Ex Parte* Application by telephoning his office and leaving a voice mail message on August 5, 2008, at 11:35 a.m. notifying him that Defendants are filing this *Ex Parte* Application per the instructions of the Court and seeking to continue the date of the ENE. I advised Plaintiff's counsel in this voice mail message that (1) Defendant Nitti was unavailable on August 26, 2008 due to her pre-existing travel plans; (2) that the Randstad Defendants would also not be present at the ENE due to being indemnified by L'Oréal; and (3) that L'Oréal would be present on behalf of the Randstad Defendants.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 5th day of August, 2008, at San Diego, California.

      /s/Mary C. Dollarhide
      MARY C. DOLLARHIDE

LEGAL_US_E # 80288246.1          -3-          CASE NO. 08-CV-1295 JLS (CAB)

1  MARY C. DOLLARHIDE (SB# 138441)
   marydollarhide@paulhastings.com
2  CATHERINE E. CAOUETTE (SB# 234714)
   catherinecaouette@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
4  San Diego, CA  92130
   Telephone:  (858) 720-2500
5  Facsimile:  (858) 720-2555

6  Attorneys for Defendants
   BEVERLY NITTI, RANDSTAD HR SOLUTIONS, and RANDSTAD NORTH AMERICA,
7  LP

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | MARIA LOURDES VALENCIA, an         | CASE NO. 08-CV-1295 JLS (CAB)
   | individual,                        |
12 |                                    |
   |          Plaintiff,                | **PROOF OF SERVICE**
13 |                                    |
   |     vs.                            |
14 |                                    | Courtroom: E
   | BEVERLY NITTI, an individual;      | Judge:     Hon. Cathy Ann Bencivengo
15 | CHRIS OLSEN, an individual;        |
   | RANDSTAD HR SOLUTIONS, business    |
16 | entity unknown; RANDSTAD NORTH     |
   | AMERICA, LP, business entity unknown; |
17 | and DOES 1 through 50, inclusive,  |
   |                                    |
18 |          Defendants.               |

LEGAL_US_E # 80451082.1                            CASE NO. 08-CV-1295 JLS (CAB)

# PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130.

On August 5, 2008, I served:

**DEFENDANTS'** *EX PARTE* **APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on August 5, 2008.

*/s/ Lucia LeVine*
Lucia LeVine

LEGAL_US_E # 80451082.1     -1-     CASE NO. 08-CV-1295 JLS (CAB)

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Patrick F. O'Connor    **VIA U.S.MAIL** |
| 3 | Law Office of Patrick F. O'Connor |
|   | 5464 Grossmont Ctr. Dr., Third Floor |
| 4 | La Mesa, CA  91942 |
|   | Tel.:  (619) 463-4284 |
| 5 | Fax:  (619) 464-6471 |
|   | Attorneys for Plaintiff |
| 6 | Maria Lourdes Valencia |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL_US_E # 80451082.1          -2-          CASE NO. 08-CV-1295 JLS (CAB)

| | |
|---|---|
| 1 | MARY C. DOLLARHIDE (SB# 138441) |
| | marydollarhide@paulhastings.com |
| 2 | CATHERINE E. CAOUETTE (SB# 234714) |
| | catherinecaouette@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 3579 Valley Centre Drive |
| 4 | San Diego, CA  92130 |
| | Telephone:  (858) 720-2500 |
| 5 | Facsimile:  (858) 720-2555 |
| 6 | Attorneys for Defendants |
| | BEVERLY NITTI, RANDSTAD HR SOLUTIONS, and RANDSTAD NORTH AMERICA, |
| 7 | LP |

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | MARIA LOURDES VALENCIA, an individual, | CASE NO. 08-CV-1295 JLS (CAB) |
| 12 | | |
| 13 | Plaintiff, | **PROOF OF SERVICE** |
| 14 | vs. | Courtroom:  E |
| 15 | BEVERLY NITTI, an individual; CHRIS OLSEN, an individual; | Judge:       Hon. Cathy Ann Bencivengo |
| 16 | RANDSTAD HR SOLUTIONS, business entity unknown; RANDSTAD NORTH | |
| 17 | AMERICA, LP, business entity unknown; and DOES 1 through 50, inclusive, | |
| 18 | Defendants. | |

LEGAL_US_E # 80451082.1                                                          CASE NO. 08-CV-1295 JLS (CAB)

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |
| 3 | I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130. |
| 4 | |
| 5 | On August 5, 2008, I served: |
| 6 | **[PROPOSED] ORDER GRANTING CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE** |
| 7 | |
| 8 | on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows: |
| 9 | |
| 10 | **See Attached Service List** |
| 11 | ☐ (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List. |
| 12 | |
| 13 | |
| 14 | ☒ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection. |
| 15 | |
| 16 | |
| 17 | |
| 18 | ☐ (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below. |
| 19 | ☐ (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery. |
| 20 | |
| 21 | |
| 22 | |
| 23 | ☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. |
| 24 | Executed at San Diego, California on August 5, 2008. |
| 25 | |
| 26 | _Lucia LeVine_ (signature) <br> Lucia LeVine |
| 27 | |
| 28 | |

LEGAL_US_E # 80451082.1     -1-     CASE NO. 08-CV-1295 JLS (CAB)

1

**SERVICE LIST**

2

Patrick F. O'Connor                    **VIA U.S.MAIL**

3

Law Office of Patrick F. O'Connor
5464 Grossmont Ctr. Dr., Third Floor

4

La Mesa, CA  91942
Tel.:  (619) 463-4284

5

Fax:  (619) 464-6471
Attorneys for Plaintiff

6

Maria Lourdes Valencia

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_E # 80451082.1                        -2-                    CASE NO. 08-CV-1295 JLS (CAB)