UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOURDES VALENCIA, an individual,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BEVERLY NITTI, an individual; CHRIS OLSON, an individual; RANDSTAD HR SOLUTIONS, a business entity unknown; RANDSTAD NORTH AMERICA, LP, a business entity unknown; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　　　　Defendants. | Civil No.   08cv1295 JLS (CAB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' EX PARTE REQUEST**<br>[Doc. No. 5.] |

　　　On July 21, 2008, this Court ordered an Early Neutral Evaluation Conference to be held on August 26, 2008.  On August 5, 2008, Defendant Nitti submitted an ex parte request to continue the conference due to a previously scheduled trip.  Defendant Nitti's request to continue the conference is **DENIED**.  However, Defendant Nitti is excused from personally appearing at the conference, and may instead appear telephonically.

　　　Additionally, Defendants Randstad HR Solutions and Randstad North America, LP requested they be excused from appearing at the proceedings because they are being fully indemnified by L'Oréal USA, Inc.  Defendants stated a L'Oréal representative with full settlement authority shall personally appear at the conference on their behalf.  Good cause appearing, Defendants' request is **GRANTED** and

///

1  Defendants Randstad HR Solutions and Randstad North America, LP are excused from attending the
2  conference.
3      **IT IS SO ORDERED**.

5  DATED: August 6, 2008

7  **CATHY ANN BENCIVENGO**
   United States Magistrate Judge