Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 19 PM 1:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

MARIA LOURDES VALENCIA, an individual,

    Plaintiff

vs

BEVERLY NITTI, an individual,
CHRIS OLSEN, an individual,
RANDSTAD HR SOLUTIONS, business entity unknown;
RANDSTAD NORTH AMERICA, LP, business entity unknown; and
DOES 1 through 50, inclusive,

    Defendants

SUMMONS IN A CIVIL ACTION

Case No. 08cv1295JLS (CAB)

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

AUG 19 2008

DATE

By J. PARK, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)