## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

VALENCIA                          v. NITTI                          No. 08-1295-JLS(LSP)

HON. LEO S. PAPAS     CT. DEPUTY J. JARABEK     Rptr. _____

Attorneys

    Plaintiffs                                      Defendants

A Status Conference will be held on September 30, 2008, at 8:30 AM in Courtroom G

Counsel shall participate by telephone conference call. The Court will initiate the telephone conference call.

DATED: September 8, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge